Phillip A. Talbert
Acting United States Attorney
CHRISTOPHER HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
TRACEY WIRMANI, Texas BN 24088661
Special Assistant United States Attorney
    1301 Young St., Suite 350
    Mailroom 104
    Dallas, TX 75202
    Telephone: (214) 767-4529
    E-Mail: tracey.wirmani@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DONNA PUGH, | Case No.: 2:20-cv-02255-WBS-CKD |
|     Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| KILOLO KIJAKAZI,[1] | |
| Commissioner of Social Security, | |
|     Defendant. | |

    Pending the Court's approval, the parties stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 12, 2022, up to and including March 14, 2022.  This is the Defendant's first request for an extension.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Counsel for Defendant has several conflicting deadlines.  Therefore, the undersigned respectfully requests a 30-day extension to complete Commissioner's Response Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 8, 2022  /s/ *David F. Chermol*
(*as authorized via e-mail on February 7, 2022)
DAVID F. CHERMOL
Attorney for Plaintiff

Respectfully submitted,

Dated:  February 8, 2022  PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration

By  /s/  *Tracey Wirmani*
TRACEY WIRMANI
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including Monday, March 14, 2022, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  February 8, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE