UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PUGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No.  2:20-CV-02255 WBS CKD (SS)<br><br><br><br>ORDER |

    Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability and disability insurance benefits under Title II of the Social Security Act ("Act").  On June 1, 2022, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections.  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDRED that:

1. The findings and recommendations of June 1, 2022 are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 19) is denied;

3. The Commissioner's cross-motion for summary judgment (ECF No. 22) is granted;

4  Judgment is entered for the Commissioner; and

5. The Clerk of Court shall close this case.

Dated:  August 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2/pugh2255.ssi.jo